19

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 0 6 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WALLACE AND HAZEL GLAZE | § |
| | § |
| VS. | § C.A. NO B-97-219 |
| | § |
| SOUTHERN COMFORT RESORT PARK, | § |
| INC., SIESTA VILLAGE MOBILE HOME | § |
| SALES, INC. AND LARRY DITTBURNER | § |

**ORDER GRANTING LEAVE TO FILE THIRD PARTY COMPLAINT**

**BE IT REMEMBERED**, that on this 5th day of November, 1998, came on for hearing Defendants SOUTHERN COMFORT RESORT PARK, INC., SIESTA VILLAGE MOBILE HOME SALES, INC. and LARRY DITTBURNER's Motion for Leave to File Third Party Complaint in the above entitled and numbered cause of action, and the Court having read the motion and heard the arguments of counsel is of the opinion that said Motion is good and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Defendants SOUTHERN COMFORT RESORT PARK, INC., SIESTA VILLAGE MOBILE HOME SALES, INC. and LARRY DITTBURNER'S Motion for Leave to file their Third Party Compliant is granted for said Defendants to file their Third Party Complaint.

The Clerk is hereby directed to file Defendants' Third Party Complaint attached hereto as Exhibit "A".

SIGNED FOR ENTRY this 5th day of November, 1998.

_____
Judge Presiding