20

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WALLACE AND HAZEL GLAZE | § | |
| | § | |
| FOREMOST INSURANCE COMPANY | § | |
| Intervenor, | § | |
| | § | |
| VS. | § | C.A. NO. B-97-219 |
| | § | |
| SOUTHERN COMFORT RESORT PARK, | § | |
| INC., SIESTA VILLAGE MOBILE HOME | § | |
| SALES, INC. AND LARRY DITTBURNER | § | |

United States District Court
Southern District of Texas
ENTERED

NOV 06 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER GRANTING JOINT MOTION TO
## EXTEND DISCOVERY AND FOR CONTINUANCE

CAME ON FOR CONSIDERATION, the Motion to Extend Discovery and for Continuance, and the Court, after considering the evidence and argument of counsel, is of the opinion that said Motion should be GRANTED; It is therefore

ORDERED, ADJUDGED and DECREED that the Motion to Extend Discovery and for Continuance is hereby GRANTED.

DONE at Brownsville, Texas, on this _____ day of _____, 1998.

_____
JUDGE PRESIDING

copies to:
Daniel D. Herink
Carlos E. Hernandez, Jr.
David A. Cantu



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| SERAFIN R. SOSA, JR., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-98-55 |
| KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § | |
| Defendant. | § | |

## ORDER

Defendant is ORDERED to file his dispositive brief by November 9, 1998.

Responses, if necessary, are due within 14 days.

Done in Brownsville, Texas on this ___5___ day of ___November___, 1998.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE