IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| WALLACE AND HAZEL GLAZE | § § § | |
| FOREMOST INSURANCE COMPANY<br>Intervenor, | § § § § | |
| VS. | § | C.A. NO. <u>B-97-219</u> |
| SOUTHERN COMFORT RESORT PARK,<br>INC., SIESTA VILLAGE MOBILE HOME<br>SALES, INC. AND LARRY DITTBURNER | § § § § | |

<u>ORDER ON FOREMOST INSURANCE COMPANY'S MOTION TO INTERVENE</u>

On _December 17_, 1998, the court considered Foremost Insurance Company"s motion to intervene. After considering the motion and the response the court;

GRANTS the motion.

SIGNED ON ___17___ of ___December___, 1998.

_____
U.S DISTRICT JUDGE

cc:

Jaime A. Saenz
Rodriguez, Colvin and Chaney, L.L.P.,
PO Box 2155
Brownsville, Texas 78522

David A. Cantu
BRIN & BRIN, P.C.
118 East Cano
Edinburg, Texas 78539

Cindy A. Garcia
Hirsch Scheiness & Garcia
222 W. Harrison, Ste. B
Harlingen, Texas 78550