23

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Wallace + Hazel Glaze §
§
versus §
§ CIVIL ACTION 97-219
§
Southern Comport Resort §
Park, Inc. §

**United States District Court**
**Southern District of Texas**
**ENTERED**

**DEC 28 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order Resetting Conference

The ~~pretrial~~ Status conference set 12-17-98, has been reset to:

2-15-99,

at 9:00 A.m.

Signed on December 17, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.