24

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Wallace and Hazel, §
§
§ Hazel, et al §
versus §      CIVIL ACTION 97-219
§
§
Southern Compost Resort §
Park, Inc. Status §

# Order Resetting Conference

The ~~pretrial~~ Status conference set 2-15-99 at 9:00 AM, has been reset to:

2-19-99,

at 2:00 p.m.

Signed on January 22nd, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.