26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| Wallace and Hazel Glaze, | § § § | |
| Plaintiff(s), | § § | |
| v. | § § | CIVIL ACTION NO. B-97-219 |
| Southern Comfort Resort Park, et al., | § § § | |
| Defendant(s). | § | |

**Order**

BE IT REMEMBERED that on February 19, 1999, the Court considered Plaintiffs Wallace and Hazel Glaze's motion for protection and objections to the notice of intention to take deposition (Dkt. No. 9) and Defendants Southern Comfort Resort Park, Siesta Village Mobile Home Sales, Inc., and Larry Dittburner's motion to determine location for obtaining depositions (Dkt. No. 10). After the considering both motions, it is ORDERED:

1. Plaintiffs Wallace and Hazel Glaze's motion for protection and objections to the notice of intention to take deposition (Dkt. No. 9) is DENIED.

2. Defendants Southern Comfort Resort Park, Siesta Village Mobile Home Sales, Inc., and Larry Dittburner's motion to determine location for obtaining depositions (Dkt. No. 10) is GRANTED. The Court orders telephonic depositions of Plaintiffs Wallace and Hazel Glaze.

DONE at Brownsville, Texas, this nineteenth day of February 1999.

_____
Hilda G. Tagle
United States District Judge