27

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Wallace and Hazel Glaze, §
versus §
§ CIVIL ACTION B-97-219
§
Southern Comfort Resort Park, et al §

### Order Setting Conference

United States District Court
Southern District of Texas
ENTERED
FEB 24 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. A status conference will be held on:

   4-20, 1999

   at 11:30 A.m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 Easts Tenth Street
   Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear **in person** by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed February 19th, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge