35

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

*Entered APR 21 1999*
*Michael N. Milby, Clerk of Court*
*By: Deputy*

Wallace and Hazel Hange

versus

Southern Comfort Resort Park, Inc.

§
§
§
§
§
§

CIVIL ACTION B-

C.A. NO. B-97-219

## Scheduling Order

1. Trial: Estimated time to try: 2-3 days.  ☐ Bench  ☒ Jury

2. New parties must be ~~joined~~ served by: _May 13, 1999_

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: _June 14, 1999_

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: _July 30, 1999_

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by: _August 13, 1999_

*******************************************************************************

7. Joint pretrial order is due: _9-16-99_

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: _9-30-99_

   The case will remain on standby until tried.

9. Jury Selection April 20th                    _10-4-99 at 9:00 AM_

Signed _April 20_, 199_9_, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge