36

United States District Court
Southern District of Texas
ENTERED

APR 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

WALLACE AND HAZEL GLAZE        §
                               §
VS.                            §        C.A. NO. B-97-219
                               §
SOUTHERN COMFORT RESORT        §
PARK, INC., SIESTA VILLAGE     §
MOBILE HOME SALES, INC. AND    §
LARRY DITTBURNER               §

### ORDER

On this the ___ day of April, 1999, came to be considered Intervenor

FOREMOST INSURANCE COMPANY'S Motion to Designate, and this court after

considering said motion in this case, is of the opinion that Intervenor FOREMOST

INSURANCE COMPANY'S Motion to Designate should be granted.

IT IS, THEREFORE ORDERED ADJUDGED and DECREED that Intervenor

FOREMOST INSURANCE COMPANY'S Motion to Designate John R. Lyde as

attorney-in-charge be, in all things, granted.

Signed this the ___ day of _____ 1999.

_____
JUDGE PRESIDING

xc:  Mr. Cindy A. Garcia and Mr. Carlos Hernandez, HIRSCH, SHEINESS &
     GARCIA, 2343 McAllen Road, Brownsville, Texas 78520

xc:  Mr. Dan Herink, RODRIGUEZ, COLVIN & CHANEY, 1201 East Van Buren,
     Brownsville, Texas 78522

xc:  Mr. John R. Lyde, BRIN & BRIN, P.C., 118 E. Cano, Edinburg, Texas
     78539.

xc:  Mr. Donald J. Vicini, HIRSCH, SHEINESS, SCOTT, GROSSMAN & COHN,
     L.L.P., 1221 McKinney, Suite 3700, Houston, Texas 77010