

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WALLACE and HAZEL GLAZE, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-97-219 |
| SOUTHERN COMFORT RESORT PARK, INC., | § | |
| Defendant. | § | |

### Order

BE IT REMEMBERED, that on Eleventh day of May 1999, the Court considered SOUTHERN COMFORT RESORT PARK, INC., SIESTA VILLAGE MOBILE HOMES SALES, INC., and LARRY DITTBURNER's motion for leave to file third-party complaint (Dkt. No. 39). After reviewing the motion and entire file, the Court GRANTS the Defendants' motion for leave to file third-party complaint.

The Clerk of the Court is hereby directed to file Defendants' third-party complaint, attached as Exhibit A, to the motion for leave as a separate instrument.

DONE at Brownsville, Texas on this 11 day of May, 1999.

_____
Hilda G. Tagle
United States District Judge