49

United States District Court
Southern District of Texas
ENTERED

AUG 02 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WALLACE and HAZEL GLAZE, | § | |
| Plaintiffs | § | |
| VS. | § | |
| SOUTHERN COMFORT RESORT INC., SIESTA VILLAGE MOBILE HOME SALES, INC., and LARRY DITTBURNER | § | Cause No. B-97-219 |
| Defendants | § | |
| VS. | § | |
| CLAYTON HOMES, INC. and CITY OF WESLACO, | § | |
| Third-Party Defendants | § | |

# ORDER OF WITHDRAWAL OF COUNSEL

On the 2 day of August, 1999, the Motion to Withdraw of Mark L. Aschermann, counsel for the Third-party Defendant, Clayton Homes, Inc., came to the attention of this Court. After reviewing the referenced Motion to Withdraw and the pleadings (or lack thereof) in response, the Court is of the opinion that the Third-party Defendant's Motion

---

Order of Withdrawal of Counsel - Page 1 of 2
E:\Clients\CMH\glaze\Agreed Order.wpd

to Withdraw should be, and all things, granted.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw of Mark L. Aschermann is hereby granted and Ed Walton is hereby substituted as the attorney in charge on behalf of the Third-party Defendant, Clayton Homes, Inc.

SIGNED the __2__ day of ____August____, 1999.

                                                                 _____
                                                                   JUDGE PRESIDING