66

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| WALLACE AND HAZEL GLAZE | § | |
| --- | --- | --- |
| | § | |
| VS. | § | C. A. NO. B-97-219 |
| | § | |
| SOUTHERN COMFORT RESORT | § | |
| PARK, INC. ET AL | § | |

### ORDER

BE IT REMEMBERED that on this day came on for consideration Defendant, SKYLINE CORPORATION's Motion To Dismiss the causes of action against it by Defendants, SOUTHERN COMFORT RESORT PARK, INC.; SIESTA VILLAGE MOBILE HOME SALES, INC. in the above-styled and numbered cause of action, seeking dismissal of said cause; and the Court, having considered same, finds that all claims and causes of action filed against SKYLINE CORPORATION have been fully and finally compromised and settled, and is of the opinion that said motion should be in all things sustained; it is, therefore,

ORDERED, ADJUDGED and DECREED that Defendants, SOUTHERN COMFORT RESORT PARK, INC.; SIESTA VILLAGE MOBILE HOME SALES, INC. causes of action against the Defendant, SKYLINE CORPORATION be, and the same is hereby dismissed.

SIGNED this 29 day of September, 1999.

_____
JUDGE PRESIDING