IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WALLACE AND HAZEL GLAZE, | § | |
| Plaintiff(s), | § | |
| v. | § | CIVIL ACTION NO. B-97-219 |
| SOUTHERN COMFORT RESORT PARK, INC., ET AL, Defendant(s). | § | |

## ORDER

BE IT REMEMBERED that on September 30, 1999, the Court GRANTED Defendant SOUTHERN COMFORT, INC.'s agreed motion to dismiss with prejudice (Dkt. No. 60). Third Party Defendant CLAYTON HOMES, INC. is dismissed with prejudice.

DONE at Brownsville, Texas, this 30 day of September 1999.

Hilda G. Tagle
United States District Judge