68

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

OCT 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Glaze §
§
§
versus §      CIVIL ACTION B-97-219
§
Southern Compact Resort §
Park, Inc., et al §

## Conditional Order of Dismissal

1. The court, having been advised that a settlement has been reached between counsel, dismisses this case with prejudice except that the parties may move for reinstatement by _November 6_, 1999, only because approval of the settlement could not be obtained from the principals. *Otis v. Chicago*, 29 F.3d 1159 (7th Cir. 1994) (en banc).

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

Signed _October 6_, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge